# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DONNA L. MEANOR, AS EXECUTOR OF THE ESTATE OF ROBERT WAGNER, SR., DECEASED; FAIRMAN DRILLING COMPANY; ALAN R. FAIRMAN; SANDRA R. FAIRMAN; RONALD R. FAIRMAN; BEVERLY A. FAIRMAN; RICHARD M. FAIRMAN; GARY D. FAIRMAN; FRANK G. FAIRMAN;TERRY L. FAIRMAN; WILLIAM WOOD AND BETTY WOOD, HIS WIFE; DOLORES M. WAGNER; DOLORES J. WAGNER; COUNTY-WIDE REAL ESTATE COMPANY, INC.; B. LEONARD BRODY; PATRICK F. MCCARTHY; E. JAMES TRIMARCHI; DAVID R. TOMB; WAGNER AND WAGNER; JAMES CARSON AND SUSAN CARSON, HIS WIFE | : : : : : : : : : : : : : : : : : : : : : | No. 151 WAL 2019<br><br>Cross Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : | |
| PEOPLES NATURAL GAS COMPANY, LLC, AS SUCCESSOR BY MERGER TO EQUITABLE GAS COMPANY, A DIVISION OF THE FORMER EQUITABLE RESOURCES, INC. | : : : : : : | |
| PETITION OF: FAIRMAN DRILLING COMPANY,  ALAN R. FAIRMAN, SANDRA R. FAIRMAN, RONALD R. FAIRMAN, BEVERLY A. FAIRMAN | : : : : | |
| DONNA L. MEANOR, AS EXECUTOR OF THE ESTATE OF ROBERT WAGNER, SR., DECEASED; FAIRMAN DRILLING COMPANY; ALAN R. FAIRMAN; SANDRA R. FAIRMAN; RONALD R. FAIRMAN; BEVERLY A. FAIRMAN; RICHARD M. FAIRMAN; GARY D. FAIRMAN; FRANK G. FAIRMAN;TERRY L. FAIRMAN; | : : : : : : : : : | No. 152 WAL 2019<br><br>Cross Petition for Allowance of Appeal from the Order of the Superior Court |

WILLIAM WOOD AND BETTY WOOD, : 
HIS WIFE; DOLORES M. WAGNER; : 
DOLORES J. WAGNER; COUNTY-WIDE : 
REAL ESTATE COMPANY, INC.; B. : 
LEONARD BRODY; PATRICK F. : 
MCCARTHY; E. JAMES TRIMARCHI; : 
DAVID R. TOMB; WAGNER AND : 
WAGNER; JAMES CARSON AND : 
SUSAN CARSON, HIS WIFE : 
  : 
  : 
  v. : 
  : 
  : 
PEOPLES NATURAL GAS COMPANY, : 
LLC, SUCCESSOR BY MERGER TO : 
EQUITABLE GAS COMPANY, A : 
DIVISION OF THE FORMER EQUITABLE : 
RESOURCES, INC. : 
  : 
  : 
PETITION OF: FAIRMAN DRILLING : 
COMPANY, ALAN R. FAIRMAN, SANDRA : 
R. FAIRMAN, RONALD R. FAIRMAN, : 
BEVERLY A. FAIRMAN : 

## ORDER

**PER CURIAM**

  **AND NOW**, this 2nd day of October, 2019, the Cross Petition for Allowance of Appeal is **DENIED**.